MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM L. WRIGHT (MABN 661283)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: adam.wright@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 13-0059 EMC |
| ) | |
| v. ) | |
| ) | **AMENDED STIPULATION AND** |
| PAUL GRUDZIEN and MEGHAN ) | ~~[PROPOSED]~~ **ORDER EXCLUDING** |
| GRUDZIEN, ) | **TIME** |
| ) | |
| DEFENDANTS ) | |
| ) | |

     During the parties' appearance on February 1, 2013, the Court set March 20, 2013 as the date for the initial appearance in front of the Honorable District Court Judge Chen.  During that appearance, counsel requested that time between February 1, 2013 and March 20, 2013 be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and

///

///

///

///

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 13-0059 EMC

the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the February 1, 2013 hearing, the Court made findings consistent with that agreement.

SO STIPULATED:

                         MELINDA HAAG
                         United States Attorney

DATED: February 1, 2013                /s/
                         ADAM L. WRIGHT
                         Assistant United States Attorney

DATED: February 1, 2013                /s/
                         RUSSELL GOODROW
                         Attorney for PAUL GRUDZIEN

DATED: February 1, 2013                /s/
                         ADAM G. GASNER
                         Attorney for MEGHAN GRUDZIEN

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |

2   For the reasons stated above and at the February 1, 2013 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from February 1, 2013 through March 20, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: February 5, 2013

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 13-0059 EMC