1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ADAM L. WRIGHT (MABN 661283)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: adam.wright@usdoj.gov

8  Attorneys for United States

FILED
FEB 2 8 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 13-0059 EMC |
| ) | |
| v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| PAUL GRUDZIEN and ) | ORDER CHANGING HEARING DATE |
| MEGHAN GRUDZIEN, ) | AND EXCLUDING TIME |
| ) | |
| DEFENDANTS ) | |
| ) | |
| _____ ) | |

During the parties' appearance on February 1, 2013, the Court set March 20, 2013 as the date for the initial appearance in front of the Honorable District Court Judge Edward M. Chen. At that time, counsel requested that time between February 1, 2013 and March 20, 2013 be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). At the hearing, the Court made findings, and the parties agreed, that the ends of justice served by granting such an exclusion of time outweighed the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court entered an order consistent with these findings on February 5, 2013.

The United States continues to produce discovery in this matter, and recently learned of a scheduling conflict that will make the undersigned government counsel unable to attend the

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 13-0059 EMC

previously scheduled initial appearance on March 20, 2013. In order to give counsel adequate time to review discovery and prepare for the case, the parties request that the initial appearance be moved from March 20, 2013 to April 17, 2013. The parties further request that time between March 20, 2013 and April 17, 2013, be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: February 21, 2013      /s/
        ADAM L. WRIGHT
        Assistant United States Attorney

DATED: February 21, 2013      /s/
        RUSSELL GOODROW
        Attorney for PAUL GRUDZIEN

DATED: February 21, 2013      /s/
        ADAM G. GASNER
        Attorney for MEGHAN GRUDZIEN

[PROPOSED] ORDER

For the reasons stated above, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from March 20, 2013 to April 17, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2-28-13

THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 13-0059 EMC