MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM WRIGHT (MABN 661283)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-6982
    E-mail: adam.wright@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-059 EMC |
| Plaintiff, | [~~PROP~~OSED] ORDER EXCLUDING TIME FROM JULY 23, 2014 TO FEBRUARY 23, 2015 |
| v. | |
| PAUL GRUDZIEN, et al., | |
| Defendants. | |

    The defendants, Paul Grudzien, represented by Doron Weinberg, Esquire, and Meghan Grudzien, represented by Adam Gasner, Esquire, and the government, represented by Adam Wright, Assistant United States Attorney, appeared before the Court on July 23, 2014 for a status hearing. The parties represented that they are in the course of preparing for trial, and the Court set a trial date of February 23, 2015, along with dates for other filings in the interim period.

    The parties requested that time be excluded under the Speedy Trial Act between July 23, 2014 and February 23, 2015 for the purpose of preparing for trial and litigating other related matters. The parties agreed that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court made findings on July 23, 2014 consistent with that agreement.

[PROPOSED] ORDER EXCLUDING TIME
CR 13-059 EMC

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 23, 2014 and February 23, 2015 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 23, 2014 and February 23, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between July 23, 2014 and February 23, 2015 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  8/7/14

HON.
United S

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

DATED: August 1, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
ADAM WRIGHT
Assistant United States Attorney

[PROPOSED] ORDER EXCLUDING TIME
CR 13-059 EMC